```
                                    FILED
                              2005 FEB 17  P 2: 06
                              U.S. DISTRICT COURT
                              NEW HAVEN, CT
```

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 3:01 CR251(JBA) |
| VS. | : | |
| ALFRED LENOCI, JR. | : | FEBRUARY 15, 2005 |

### MOTION FOR RETURN OF PROPERTY

The Defendant, Alfred Lenoci, Jr., respectfully requests the Court to order a return of his property, specifically, a United States passport #141368271, and as grounds therefore would show:

1. The Defendant has been sentenced and the above-entitled case has been disposed of by the Court.

2. The Government has no objection, with the exception of required supervised travel by United States Probation.

THE DEFENDANT
ALFRED LENOCI, JR.

By _____
John R. Gulash, Jr.
Gulash & Riccio
350 Fairfield Ave.
Bridgeport, CT 06601
(203) 367-7440
Fax (203) 336-8379
Bar No. CT05093

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed U.S. first class, postage prepaid on this the 15th day of February, 2005, to the following parties of record:

Nora Dannehy, Esq.
Supervising Assistant U.S. Attorney
United States District Court
450 Main Street
Hartford, CT 06103

Mr. Keith P. Barry
United States Department of Probation
915 Lafayette Boulevard
Bridgeport, CT 06604

By_____
John R. Gulash, Jr.