**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

**UNITED STATES OF AMERICA**     :

v.     :   **CASE NO. 3:01cr251 (JBA)**

**ALFRED LENOCI, JR.**     :

### ENDORSEMENT ORDER #31

Defendant's motion for return of property (U.S. Passport #141368271) is GRANTED. The Clerk is directed to return the passport to the defendant's attorney John R. Gulash, Jr.

IT IS SO ORDERED.

\_\_\_/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: February 24, 2005