UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | DOCKET NO. 3:01cr251(JBA) |
|---|---|---|
| VS. | : | |
| ALFRED LENOCI, JR. | : | JULY 14, 2005 |

### MOTION FOR ORDER REGADING PERMISSION TO TRAVEL

The Defendant Alfred Lenoci, Jr. hereby respectfully requests the Court to enter an Order permitting the Defendant's U.S Probation Officer, Keith P. Barry to authorize travel without separate trip by trip approval by the Court. As grounds therefore the Defendant would show:

1. The defendant is required for business to travel overseas several times per year. Because of the frequency of this travel, it would be easier and less time consuming for this request to be handled solely by the U.S. Probation Officer.

2. The defendant has been fully compliant with all terms and conditions of release thus far.

3. U.S. Probation Officer Keith P. Barry has no objection to this request.

4. The Government has no objection to this request.

WHEREFORE, the Defendant respectfully requests that the Court grant this Motion for Order Regarding Permission to Travel.

THE DEFENDANT
ALFRED LENOCI, JR.


By_____J
    ohn R. Gulash, Jr., Esq.
    Gulash & Riccio
    350 Fairfield Ave.
    Bridgeport, CT  06601
    (203) 367-7440
    Fax (203) 336-8379
    Bar No. CT05093

## ORDER

After hearing upon the foregoing motion, it is hereby:

GRANTED / DENIED.

                                                  THE COURT

                                                  By _____

                                                  Judge     /     Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing has been hand delivered, facsimile transmitted, and/or mailed U.S. first class, postage prepaid on this the 14th day of July, 2005, to the following parties of record:

Nora R. Dannehy, Esq.
United States Attorney
United States District Court
450 Main Street
Hartford, CT 06103

Keith P. Barry
United States Probation Officer
United States Department of Probation
915 Lafayette Boulevard
Bridgeport, CT 06604

                                                _____
                                                    John R. Gulash, Jr.