UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


**UNITED STATES OF AMERICA**         :

**v.**                               :        **Criminal No: 3:01cr251 JBA**

**ALFRED LENOCI, JR**                :


**ENDORSEMENT ORDER [#138]**

Defendant's motion for order regarding permission to travel out of the United States is GRANTED. Defendant Lenoci shall provide all necessary travel information to USPO prior to his travel out of the District of Connecticut.

IT IS SO ORDERED:


_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:  July 27, 2005